Dismissed and
Memorandum Opinion filed March 17, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00044-CV

____________

 

ANTHONY R. JONES, Appellant

 

V.

 

SOUTHERN STAR CONCRETE, Appellee

 

 



On Appeal from the 215th District Court

Harris County, Texas

Trial Court Cause No. 2009-39815

 

 

 



M E M O R
A N D U M   O P I N I O N

            This is an appeal from a judgment signed October 1, 2010. 
Appellant filed a timely motion for new trial.  The notice of appeal was due
December 30, 2010.  See Tex. R.
App. P. 26.1.  Appellant, however, filed his notice of appeal on January
10, 2011, a date within 15 days of the due date for the notice of appeal.  See
Verburgt v. Dorner, 959 S.W.2d 615, 617 (Tex. 1997).  Appellant did not
file a motion to extend time to file the notice of appeal.  On February 8, 2011,
we ordered appellant to file a proper motion to extend time to file the notice
of appeal on or before February 28, 2011.  See Tex. R. App. P. 26.3;10.5(b).  Appellant did not file a
motion.  We, therefore, dismiss the appeal.  See Tex. R. App. P. 42.3.

 

                                                                        PER
CURIAM

 

 

Panel consists of Justices
Brown, Boyce, and Jamison.